RECEIVED
UNITED STATES MARSHAL

2007 FEB 16 AM 9: 24

DISTRICT OF
CALIFORNIA - OAKLAND

FILED

FEB 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NORMAN JAYSON,<br><br>  Defendant. | No. CR 07-70003 WDB<br><br>[PROPOSED] ORDER<br>RE: TRANSPORTATION<br>EXPENSES |

GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant, having previously submitted a financial affidavit and qualified for the services of the Federal Public Defender, is unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to the above-named defendant on Wednesday, February 20, 2006, to enable him to travel from the Northern District of California (Oakland, California), to the District of New Jersey, on Wednesday, February 20, 2007, in connection with his appearance before Magistrate Patty Shwartz, Courtroom 10, United

cc: WDB's Stats, Copy to parties via ECF
2 certified copies to Marshal

ORDER RE: TRANSPORTATION
EXPENSES
-1-

1  States Post Office and Court House, Federal Square, Newark, New Jersey, 07102 on Thursday,
2  February 21, 2007, at 2:15 p.m.
3      SO ORDERED.

5  DATED: February 15, 2007

                                            WAYNE D. BRAZIL
                                            United States Magistrate District Judge

ORDER RE: TRANSPORTATION
EXPENSES                         - 2 -